UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MILLER, CARL K | § | Case No. 11-15204 |
| MILLER, CHRISTINA F | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRADLEY J. WALLER_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-15204 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | MILLER, CARL K | | | Date Filed (f) or Converted (c): | 04/11/11 (f) |
| | MILLER, CHRISTINA F | | | 341(a) Meeting Date: | 05/23/11 |
| For Period Ending: | 04/16/12 | | | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Chase Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. USA Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Misc household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Nec wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. H v London Properties (third party claim after W | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2001 Dodge Neon | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Personal Injury Case (u) | Unknown | Unknown | | 70,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.61 | Unknown |
| TOTALS (Excluding Unknown Values) | $4,100.00 | $0.00 | | $70,000.61 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-15204 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MILLER, CARL K | Bank Name: | The Bank of New York Mellon |
| | MILLER, CHRISTINA F | Account Number / CD #: | *******5565  Money Market Account |
| Taxpayer ID No: | *******7717 | | |
| For Period Ending: | 04/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/11 | 8 | Great West Casualty Company<br>1100 West 29th Street<br>South Sioux City, NE  68776 | per court order of October 14, 2011<br>DEPOSIT CHECK #3515030 | 1242-000 | 70,000.00 | | 70,000.00 |
| 12/07/11 | 001001 | Amcomp Assurance Corp. n/k/a Employers<br>Assurance Co.. c/o Nicole D. Milos<br>Cremer/Spina, 180 N. LaSalle Ste 3300<br>Chicago, IL  60601 | Per court order of October 14, 2011 | 4220-000 | | 17,500.00 | 52,500.00 |
| 12/07/11 | 001002 | Alfred S. Vano<br>Santille Law Group<br>111 W Washington Street<br>Chicago, IL  60602 | Per court order October 14, 2011 | 3210-000 | | 23,333.34 | 29,166.66 |
| 12/07/11 | 001003 | Alfred S. Vano<br>Santilli Law Group<br>111 W. Washington Street<br>Chicago, IL  60602 | Per court order of October 14, 2011 | 3220-610 | | 379.00 | 28,787.66 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.42 | | 28,788.08 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.41 | 28,686.67 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -101.41 | 28,788.08 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 28,788.27 |
| 01/26/12 | | Transfer to Acct #*******3085 | Bank Funds Transfer | 9999-000 | | 28,788.27 | 0.00 |

Page Subtotals     70,000.61     70,000.61

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.06a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-15204 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | MILLER, CARL K | | Bank Name: | The Bank of New York Mellon |
| | MILLER, CHRISTINA F | | Account Number / CD #: | *******5565  Money Market Account |
| Taxpayer ID No: | *******7717 | | | |
| For Period Ending: | 04/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 70,000.61 | 70,000.61 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 28,788.27 | |
| | | | Subtotal | | 70,000.61 | 41,212.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 70,000.61 | 41,212.34 | |

Page Subtotals        0.00        0.00

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-15204 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MILLER, CARL K | Bank Name: | Congressional Bank |
|  | MILLER, CHRISTINA F | Account Number / CD #: | *******3085  Checking Account |
| Taxpayer ID No: | *******7717 |  |  |
| For Period Ending: | 04/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/26/12 |  | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 28,788.27 |  | 28,788.27 |
| 02/14/12 | 001001 | Carl K. Miller<br>1525 Balboa Drive<br>Minooka, IL  60447 | Payment - personal injury exemption | 8100-002 |  | 15,000.00 | 13,788.27 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 28,788.27 | 15,000.00 | 13,788.27 |
| Less:  Bank Transfers/CD's | 28,788.27 | 0.00 |  |
| Subtotal | 0.00 | 15,000.00 |  |
| Less:  Payments to Debtors |  | 15,000.00 |  |
| Net | 0.00 | 0.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account - ********5565 | 70,000.61 | 41,212.34 | 0.00 |
| Checking Account - ********3085 | 0.00 | 0.00 | 13,788.27 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 70,000.61 | 41,212.34 | 13,788.27 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       28,788.27        15,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.06a

| Page 1 | | | * ANALYSIS OF CLAIMS REGISTER | | | Date: April 16, 2012 |

Case Number: 11-15204
Debtor Name: MILLER, CARL K

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 2200-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $127.50 | $0.00 | $127.50 |
| 200 2100-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $6,000.03 | $0.00 | $6,000.03 |
| 1 610 7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,159.87 | $0.00 | $1,159.87 |
| 2 610 7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,053.96 | $0.00 | $1,053.96 |
| 3 610 7100-00 | RJM Acquisitions LLC<br>575 Underhil Blvd # 224<br>Tzarget)<br>Syosset, NY 11791 | Unsecured | | $321.96 | $0.00 | $321.96 |
| 4 610 7100-00 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | Unsecured | | $1,005.65 | $0.00 | $1,005.65 |
| 5 610 7100-00 | Cb Usa Inc<br>5252 S Hohman Ave<br>Hammond, IN 46320 | Unsecured | | $1,155.42 | $0.00 | $1,155.42 |
| 6 610 7100-00 | Asset Acceptance, LLC assignee AT&T<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $912.83 | $0.00 | $912.83 |
| 7 610 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $4,970.88 | $0.00 | $4,970.88 |
| 8 610 7100-00 | Asset Acceptance, LLC assignee AT&T<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $132.31 | $0.00 | $132.31 |
| 9 610 7100-00 | Asset Acceptance, LLC assignee<br>TARGET<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $1,027.38 | $0.00 | $1,027.38 |
| 10 610 7100-00 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | | $13,858.47 | $0.00 | $13,858.47 |

Page 2

*
ANALYSIS OF CLAIMS REGISTER

Date: April 16, 2012

Case Number: 11-15204
Debtor Name: MILLER, CARL K

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11<br>610<br>7100-00 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | Unsecured | | $10,436.40 | $0.00 | $10,436.40 |
| 12<br>610<br>7100-00 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | Unsecured | | $22,478.41 | $0.00 | $22,478.41 |
| 13<br>610<br>7100-00 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $477.35 | $0.00 | $477.35 |
| 14<br>610<br>7100-00 | Gordon Hughes<br>320 E Indian Tr<br>Aurora, IL  60505 | Unsecured | | $1,841.75 | $0.00 | $1,841.75 |
| | Case Totals: | | | $66,960.17 | $0.00 | $66,960.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-15204
Case Name: MILLER, CARL K
              MILLER, CHRISTINA F
Trustee Name: BRADLEY J. WALLER

        Balance on hand                                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance                                     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $ | $ | $ |
| 2 | Atlas Acquisitions LLC | $ | $ | $ |
| 3 | RJM Acquisitions LLC | $ | $ | $ |
| 4 | Commonwealth Edison Company | $ | $ | $ |
| 5 | Cb Usa Inc | $ | $ | $ |
| 6 | Asset Acceptance, LLC assignee AT&T | $ | $ | $ |
| 7 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 8 | Asset Acceptance, LLC assignee AT&T | $ | $ | $ |
| 9 | Asset Acceptance, LLC assignee TARGET | $ | $ | $ |
| 10 | Great Lakes Educational Loan Services | $ | $ | $ |
| 11 | Great Lakes Educational Loan Services | $ | $ | $ |
| 12 | Great Lakes Educational Loan Services | $ | $ | $ |
| 13 | PYOD LLC | $ | $ | $ |
| 14 | Gordon Hughes | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE