UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| MILLER, CARL K | § | Case No. 11-15204 |
| MILLER, CHRISTINA F | § § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/11/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2012                 By: /s/ Bradley J. Waller
                                                Trustee


BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

MILLER, CARL K
MILLER, CHRISTINA F

Case No. 11-15204

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,000.61 |
| and approved disbursements of | $ | 56,212.34 |
| leaving a balance on hand of[1] | $ | 13,788.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 6,000.03 | $ 0.00 | $ 6,000.03 |
| Trustee Expenses: BRADLEY J. WALLER | $ 127.50 | $ 0.00 | $ 127.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,127.53 |
| Remaining Balance | $ 7,660.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,832.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $ 1,159.87 | $ 0.00 | $ 146.06 |
| 2 | Atlas Acquisitions LLC | $ 1,053.96 | $ 0.00 | $ 132.73 |
| 3 | RJM Acquisitions LLC | $ 321.96 | $ 0.00 | $ 40.54 |
| 4 | Commonwealth Edison Company | $ 1,005.65 | $ 0.00 | $ 126.64 |
| 5 | Cb Usa Inc | $ 1,155.42 | $ 0.00 | $ 145.51 |
| 6 | Asset Acceptance, LLC assignee AT&T | $ 912.83 | $ 0.00 | $ 114.95 |
| 7 | Capital One Bank (USA), N.A. | $ 4,970.88 | $ 0.00 | $ 625.99 |
| 8 | Asset Acceptance, LLC assignee AT&T | $ 132.31 | $ 0.00 | $ 16.66 |
| 9 | Asset Acceptance, LLC assignee TARGET | $ 1,027.38 | $ 0.00 | $ 129.38 |
| 10 | Great Lakes Educational Loan Services | $ 13,858.47 | $ 0.00 | $ 1,745.22 |
| 11 | Great Lakes Educational Loan Services | $ 10,436.40 | $ 0.00 | $ 1,314.27 |
| 12 | Great Lakes Educational Loan Services | $ 22,478.41 | $ 0.00 | $ 2,830.74 |
| 13 | PYOD LLC | $ 477.35 | $ 0.00 | $ 60.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Gordon Hughes | $ 1,841.75 | $ 0.00 | $ 231.94 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,660.74 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                  Case No. 11-15204-BWB
Carl K Miller                                                           Chapter 7
Christina F Miller
          Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0752-1         User: choward            Page 1 of 2             Date Rcvd: May 25, 2011
                             Form ID: ntcftfc7        Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2011.
db/jdb       +Carl K Miller,   Christina F Miller,    1525 Balboa Dr,    Minooka, IL 60447-4704
aty          +Gary L Shilts,   23 Boulder Hill Pass,    Montgomery, IL 60538-1911
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
17111489     +Atg Credit Llc,   1043 W. Grandville,    Chicago, IL 60660-2152
17111490     +Blitt and Gaines PC,    661 Glenn Ave,   Wheeling, IL 60090-6017
17111492     +Cab Services, Inc.,    90 Barney Dr,   Joliet, IL 60435-6402
17111491     +Cab Services, Inc.,    Box 933,   Minooka CCSD),    Joliet, IL 60434-0933
17111494     +Cb Usa Inc,   5252 S Hohman Ave,    Hammond, IN 46320-1723
17111495     +Comcast,   Box 173885,   Denver, CO 80217-3885
17111496     +Consumer Collection Mn,    2333 Grissom Dr,    Saint Louis, MO 63146-3322
17111497     +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
17111499     +Dependon Collection Se,    Po Box 4833,   Oak Brook, IL 60522-4833
17111501     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
17111502     +Diversified Svs Group,    5800 E Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
17111503     +Ffcc-Columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
17111504     +Gordon Hughes,   320 E Indian Tr,    Aurora, IL 60505-1760
17111505     +I C System Inc,   Po Box 64378,    Saint Paul, MN 55164-0378
17111506     +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
17111507     +Kevin Benoit,   11444 S Troy,    Alsip, IL 60803-4537
17111513    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101)
17111509     +Medical Business Burea,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
17111510     +Merchants Cr,   223 W Jackson St Suite 900,     Chicago, IL 60606-6993
17111511     +Midstate Collection So,    Po Box 3292,   Champaign, IL 61826-3292
17111512     +Morris Hospital,    150 West high Street,   Morris, IL 60450-1497
17111514     +Nco Fin/99,   Po Box 15636,   Wilmington, DE 19850-5636
17111516     +Paramount Recovery S,    111 E Center St,   Lorena, TX 76655-9651
17111518     +Resdtn Data,   1210 E Campbell Rd Suite 118,    Richardson, TX 75081-1964
17111521     +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17111486     +EDI: AFNIRECOVERY.COM May 25 2011 22:48:00     Afni, Inc.,    Po Box 3427,
              Bloomington, IL 61702-3427
17111487     +EDI: ALLIANCEONE.COM May 25 2011 22:48:00     Allianceone,   4850 E Street Rd Suite 300,
              Trevose, PA 19053-6643
17111488     +EDI: ACCE.COM May 25 2011 22:48:00     Asset Acceptance Llc,    Po Box 2036,
              Warren, MI 48090-2036
17206537     +EDI: ATLASACQU.COM May 25 2011 22:48:00     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
17111493     +EDI: CAPITALONE.COM May 25 2011 22:48:00     Cap One,    Po Box 85520,   Richmond, VA 23285-5520
17111498     +EDI: CMIGROUP.COM May 25 2011 22:48:00     Credit Management Lp,    4200 International Pkwy,
              Carrollton, TX 75007-1912
17111500     +EDI: DFAS.COM May 25 2011 22:48:00     Dept Of Defense,    8899 E 56th St,
              Indianapolis, IN 46249-0002
17111508     +EDI: RESURGENT.COM May 25 2011 22:48:00     Lvnv Funding Llc,    Po Box 740281,
              Houston, TX 77274-0281
17111515     +E-mail/Text: bankrup@nicor.com May 25 2011 23:03:53     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
17111517     +EDI: RESURGENT.COM May 25 2011 22:48:00     Pyod Llc,    Po Box 10497,   Greenville, SC 29603-0497
17111520     +EDI: PHINRJMA.COM May 25 2011 22:48:00     RJM Acquisitions LLC,    575 Underhil Blvd # 224,
              Tzarget),   Syosset, NY 11791-3416
17111519     +EDI: PHINRJMA.COM May 25 2011 22:48:00     Rjm Acq Llc,    575 Underhill Blvd Ste 2,
              Syosset, NY 11791-3426
17111522     +EDI: WESTASSET.COM May 25 2011 22:48:00     West Asset,    2703 N Highway 75,
              Sherman, TX 75090-2567
                                                                                              TOTAL: 13


          ***** BYPASSED RECIPIENTS *****                                                     TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```