UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MILLER, CARL K | § | Case No. 11-15204 |
| MILLER, CHRISTINA F | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRADLEY J. WALLER_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carl K. Miller |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Amcomp Assurance Corp. n/k/a Employ |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Alfred S. Vano | | | | | |
| Alfred S. Vano | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | ASSET ACCEPTANCE, LLC ASSIGNEE AT&T | | | | | |
| 8 | ASSET ACCEPTANCE, LLC ASSIGNEE AT&T | | | | | |
| 9 | ASSET ACCEPTANCE, LLC ASSIGNEE TARG | | | | | |
| 1 | ATLAS ACQUISITIONS LLC | | | | | |
| 2 | ATLAS ACQUISITIONS LLC | | | | | |
| 7 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 5 | CB USA INC | | | | | |
| 4 | COMMONWEALTH EDISON COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | GORDON HUGHES | | | | | |
| 10 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 11 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 12 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 13 | PYOD LLC | | | | | |
| 3 | RJM ACQUISITIONS LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-15204 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MILLER, CARL K | Date Filed (f) or Converted (c): | 04/11/11 (f) |
| | MILLER, CHRISTINA F | 341(a) Meeting Date: | 05/23/11 |
| For Period Ending: | 07/06/12 | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Chase Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. USA Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Misc household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Nec wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. H v London Properties (third party claim after W | 40,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2001 Dodge Neon | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Personal Injury Case (u) | Unknown | Unknown | | 70,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.61 | Unknown |
| TOTALS (Excluding Unknown Values) | $44,100.00 | $0.00 | | $70,000.61 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report on 05/11/12

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-15204    BB    Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | MILLER, CARL K | Date Filed (f) or Converted (c): | 04/11/11 (f) |
| | MILLER, CHRISTINA F | 341(a) Meeting Date: | 05/23/11 |
| | | Claims Bar Date: | 08/24/11 |

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 06/30/12

LFORM1                                                                                                                                     Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 11-15204 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | MILLER, CARL K | Bank Name: | The Bank of New York Mellon |
| | MILLER, CHRISTINA F | Account Number / CD #: | *******5565 Money Market Account |
| Taxpayer ID No: | *******7717 | | |
| For Period Ending: | 07/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/11 | 8 | Great West Casualty Company<br>1100 West 29th Street<br>South Sioux City, NE 68776 | per court order of October 14, 2011<br>DEPOSIT CHECK #3515030 | 1242-000 | 70,000.00 | | 70,000.00 |
| 12/07/11 | 001001 | Amcomp Assurance Corp. n/k/a Employers<br>Assurance Co.. c/o Nicole D. Milos<br>Cremer/Spina, 180 N. LaSalle Ste 3300<br>Chicago, IL 60601 | Per court order of October 14, 2011 | 4220-000 | | 17,500.00 | 52,500.00 |
| 12/07/11 | 001002 | Alfred S. Vano<br>Santille Law Group<br>111 W Washington Street<br>Chicago, IL 60602 | Per court order October 14, 2011 | 3210-000 | | 23,333.34 | 29,166.66 |
| 12/07/11 | 001003 | Alfred S. Vano<br>Santilli Law Group<br>111 W. Washington Street<br>Chicago, IL 60602 | Per court order of October 14, 2011 | 3220-610 | | 379.00 | 28,787.66 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 28,788.08 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.41 | 28,686.67 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -101.41 | 28,788.08 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 28,788.27 |
| 01/26/12 | | Transfer to Acct #*******3085 | Bank Funds Transfer | 9999-000 | | 28,788.27 | 0.00 |
| | | | | Page Subtotals | 70,000.61 | 70,000.61 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-15204 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | MILLER, CARL K | | Bank Name: | The Bank of New York Mellon |
| | MILLER, CHRISTINA F | | Account Number / CD #: | *******5565  Money Market Account |
| Taxpayer ID No: | *******7717 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 70,000.61 | 70,000.61 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 28,788.27 | |
| | | | Subtotal | | 70,000.61 | 41,212.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 70,000.61 | 41,212.34 | |

Page Subtotals                0.00           0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-15204 -BB | |
| Case Name: | MILLER, CARL K | |
| | MILLER, CHRISTINA F | |
| Taxpayer ID No: | *******7717 | |
| For Period Ending: | 07/06/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******3085  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 28,788.27 | | 28,788.27 |
| 02/14/12 | 001001 | Carl K. Miller<br>1525 Balboa Drive<br>Minooka, IL  60447 | Payment - personal injury exemption | 8100-002 | | 15,000.00 | 13,788.27 |
| 05/11/12 | 001002 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Trustee Expenses | 2200-000 | | 127.50 | 13,660.77 |
| 05/11/12 | 001003 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Trustee Compensation | 2100-000 | | 6,000.03 | 7,660.74 |
| 05/11/12 | 001004 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Claim 1, Payment 12.59279% | 7100-000 | | 146.06 | 7,514.68 |
| 05/11/12 | 001005 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | Claim 2, Payment 12.59346% | 7100-000 | | 132.73 | 7,381.95 |
| 05/11/12 | 001006 | RJM Acquisitions LLC<br>575 Underhil Blvd # 224<br>Tzarget)<br>Syosset, NY  11791 | Claim 3, Payment 12.59163% | 7100-000 | | 40.54 | 7,341.41 |
| 05/11/12 | 001007 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL  60181 | Claim 4, Payment 12.59285% | 7100-000 | | 126.64 | 7,214.77 |
| 05/11/12 | 001008 | Cb Usa Inc<br>5252 S Hohman Ave<br>Hammond, IN 46320 | Claim 5, Payment 12.59369% | 7100-000 | | 145.51 | 7,069.26 |
| 05/11/12 | 001009 | Asset Acceptance, LLC assignee AT&T<br>PO Box 2036 | Claim 6, Payment 12.59271% | 7100-000 | | 114.95 | 6,954.31 |
| | | | Page Subtotals | | 28,788.27 | 21,833.96 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-15204 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | MILLER, CARL K | | Bank Name: | Congressional Bank |
| | MILLER, CHRISTINA F | | Account Number / CD #: | *******3085  Checking Account |
| Taxpayer ID No: | *******7717 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/12 | 001010 | Warren, MI  48090<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK  73124-8839 | Claim 7, Payment 12.59314% | 7100-000 | | 625.99 | 6,328.32 |
| 05/11/12 | 001011 | Asset Acceptance, LLC assignee AT&T<br>PO Box 2036<br>Warren, MI  48090 | Claim 8, Payment 12.59164% | 7100-000 | | 16.66 | 6,311.66 |
| 05/11/12 | 001012 | Asset Acceptance, LLC assignee TARGET<br>PO Box 2036<br>Warren, MI  48090 | Claim 9, Payment 12.59320% | 7100-000 | | 129.38 | 6,182.28 |
| 05/11/12 | 001013 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | Claim 10, Payment 12.59317% | 7100-000 | | 1,745.22 | 4,437.06 |
| 05/11/12 | 001014 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | Claim 11, Payment 12.59314% | 7100-000 | | 1,314.27 | 3,122.79 |
| 05/11/12 | 001015 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | Claim 12, Payment 12.59315% | 7100-000 | | 2,830.74 | 292.05 |
| 05/11/12 | 001016 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Claim 13, Payment 12.59244% | 7100-000 | | 60.11 | 231.94 |
| 05/11/12 | 001017 | Gordon Hughes<br>320 E Indian Tr<br>Aurora, IL  60505 | Claim 14, Payment 12.59346% | 7100-000 | | 231.94 | 0.00 |
| | | | Page Subtotals | | 0.00 | 6,954.31 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-15204 -BB |
| Case Name: | MILLER, CARL K |
| | MILLER, CHRISTINA F |
| Taxpayer ID No: | *******7717 |
| For Period Ending: | 07/06/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3085  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 28,788.27 | 28,788.27 | 0.00 |
| Less:  Bank Transfers/CD's | 28,788.27 | 0.00 | |
| Subtotal | 0.00 | 28,788.27 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 0.00 | 13,788.27 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5565 | 70,000.61 | 41,212.34 | 0.00 |
| Checking Account - ********3085 | 0.00 | 13,788.27 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 70,000.61 | 55,000.61 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*